IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM GOLDMAN, Executor of the**
**Estate of Rita Ballard Lowe, Deceased,**

**Plaintiff,**

**v.**

**GRABER POST BUILDINGS, INC. and**
**JOSEPH WAGLER, d/b/a WAGLER METALS,**

**Defendants.**                              No. 07-CV-41-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to dismiss with prejudice (Doc. 36). Being fully advised in the premises, the Court **GRANTS** Plaintiff's motion to dismiss (Doc. 36). **IT IS ORDERED** that this matter is hereby voluntarily dismissed with prejudice. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 7th day of January, 2008.

/s/      DavidRHerndon
**Chief Judge**
**United States District Judge**