## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM GOLDMAN, Executor of the**
**Estate of Rita Ballard Lowe, deceased,**

      **Plaintiff,**

**v.**                         **CIVIL ACTION NO. 07-CV-41 DRH**

**GRABER POST BUILDINGS, INC.,**
**a Corporation, and**
**JOSEPH WAGLER, d/b/a WAGLER METALS,**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion to Dismiss.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** This cause of action is **DISMISSED with prejudice**.

                               **NORBERT G. JAWORSKI, CLERK**

January 8, 2008                 BY:   /s/Patricia Brown
                                      Deputy Clerk

APPROVED: /s/    DavidRHerndon
               **CHIEF JUDGE**
               **U.S. DISTRICT COURT**